AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America | |
| v. | Case No. 25-MJ-1309 |
| **SAIMA QAMAR** | |
| *Defendant* | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 9, 2025, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

RYAN A. KWIATKOWSKI
PATROL AGENT
U.S. BORDER PATROL
*Printed name and title*

Sworn to before me and signed telephonically.

Date: June 11, 2025

*Judge's signature*

HONORABLE JEREMIAH J McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

STATE OF NEW YORK   )
COUNTY OF ERIE        )   SS:
CITY OF BUFFALO       )

I, Ryan A. Kwiatkowski, being duly sworn, deposes and says that:

1. I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Niagara Falls, New York. I have been employed as a Border Patrol Agent for thirteen (13) years. In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a) (Re-entry of Removed Aliens).

3. I make this Affidavit in support of the Criminal Complaint charging Saima QAMAR (hereinafter "QAMAR"), an alien, born in 1969 in Pakistan, and currently a citizen

of Canada, with having been found in the United States after having been previously removed or deported from the United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

4.      The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provided to me by other U.S. Border Patrol and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Sections 1326(a).

## PROBABLE CAUSE

5.      On or about June 9, 2025, Niagara Falls Border Patrol Station agents responded to a request for assistance from the Lewiston Police Department in Lewiston, New York, within the Western District of New York. Lewiston Police Department had detained one subject who was suspected of being a possible Canadian citizen and they needed assistance with identifying.

6.      Border Patrol Agents responded to the call and spoke with the officer on scene. On scene, Border Patrol Agents encountered one subject, QAMAR, and questioned her as to her citizenship and legal status in the United States.

7.	The Buffalo Sector [International Border Communication Center (IBCC)] conducted a record check and identified QAMAR to be a citizen of Canada and national of Pakistan who was illegally present in the United States after previously having been removed from the United States.

8.	Border Patrol Agents confirmed through questioning and mobile record checks technology, that QAMAR is a citizen of Canada and a national of Pakistan, and not a national of the United States. QAMAR provided a Canadian passport, and driver's license depicting her identity to Border Patrol Agents. QAMAR stated that she did not have any documents that would allow her to be or remain in the United States lawfully.

9.	U.S. Border Patrol Agents took QAMAR into custody. As a part of processing, an electronic scan of QAMAR's fingerprints were taken to verify her identity and any immigration history she may have in the United States. This query resulted in an identical biometric match revealing that QAMAR had been issued an FBI number and immigration fingerprint identification number.

10.	Criminal and immigration database record checks associated with QAMAR's fingerprints revealed the following:

   a. QAMAR is a citizen of Canada and native of Pakistan.
   b. QAMAR was ordered removed by a designated official on or about April 25, 2019, in Blaine, Washington.
   c. On or about April 25, 2019, QAMAR signed indicating that she was served a

3

      warning to aliens being ordered removed or deported.

    d. On or about April 25, 2019, QAMAR was physically removed from the United States through the Pacific Highway Port of Entry, in Blaine, Washington, pursuant to an order of removal.

    e. On or about January 3, 2025, QAMAR was refused entry at the Pacific Highway Port of Entry, in Blaine, Washington.

11. There is no record that QAMAR had applied for or received the any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to re-enter the United States after her last removal.

12. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about June 9, 2025, within the Western District of New York, Saima QAMAR, an alien who was removed from the United States on or about April 25, 2019, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

_____
RYAN A. KWIATKOWSKI
U.S. Border Patrol Agent
United States Border Patrol

Sworn to and subscribed telephonically before me
this ___11th__ day of June, 2025.

_____
HONORABLE JEREMIAH J. MCCARTHY
United States Magistrate Judge